UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEREK KEITH WILLIAMS,

               Plaintiff,

    -against-

ANGELA TINSLEY; MICHAEL C.
BARTOLOTTI; MARK J.F. SCHROEDER;
KEECHANT SEWELL; ANGELA
PIQUERAS; ROBERT V. TENDY; JASON
MARQUARD; MARK J.F. SCHROEDER;
PUTNAM COUNTY DISTRICT
ATTORNEY'S OFFICE,

               Defendants.

25-cv-7055 (LLS)

CIVIL JUDGMENT

For the reasons stated in the January 29, 2026, order, the Court remands the prosecution to Putnam County Court. See 28 U.S.C. § 1455(b)(4).

The Court construes the balance of Plaintiff's pleading as a complaint under 42 U.S.C. § 1983. Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and under the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37 (1971).

SO ORDERED.

Dated:   February 2, 2026
         New York, New York

                          /s/ Louis L. Stanton
                            LOUIS L. STANTON
                   United States District Judge